# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAMUEL BINGAMAN, WILLIAM SWIGERT, SHANE WILSON, and MARIA RUSCKIEWICZ, individually and on behalf of all similarly situated persons, | Case No. CIV-23-130-SLP |
| Plaintiffs, | Consolidated with: Case No. CIV-23-134-SLP |
| And | Judge Scott L. Palk |
| ROSALIE DUPUS, individually and on behalf of all similarly situated persons, | |
| Consolidated Plaintiff, | |
| v. | |
| AVEM HEALTH PARTNERS, INC., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

Notice is hereby given that Plaintiffs Samuel Bingaman, William Swigert, Shane Wilson, Maria Rusckiewicz, and Rosalie Dupus ("Plaintiffs") and Defendant Avem Health Partners, Inc. ("Defendant" together with Plaintiffs, the "Parties"), have reached a settlement in principle. The Parties are in the process of preparing a written settlement agreement and expect to file the appropriate preliminary approval papers within the next sixty (60) days. Therefore, the Parties request that the Court vacate all other deadlines in this matter based on the Parties' settlement in principle and set a deadline for the motion for preliminary approval to be filed by July 31, 2023.

4883-8625-0855.1

Dated: June 7, 2023

/s/ Casie D. Collignon
J. Clay Christensen
Christensen Law Group, PLLC
3401 NW 63rd St., Ste. 600
Oklahoma City, Oklahoma 73116
Tel.:   405-232-2020
clay@christensenlawgroup.com

Casie D. Collignon
Baker & Hostetler LLP
1801 California St., Ste. 4400
Denver, Colorado 80202
Tel.:   303.764.4037
ccollignon@bakerlaw.com

*Attorneys for Defendant*

Respectfully submitted,

/s/ William B. Federman
William B. Federman, OBA #2853
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Tel.:   (405) 235-1560
wbf@federmanlaw.com

*Attorneys for Plaintiff*

4883-8625-0855.1