# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAMUEL BINGAMAN, individually and on behalf of all similarly situated persons,<br><br>   Plaintiff,<br><br>and<br><br>ROSALIE DUPUS, individually and on behalf of all similarly situated persons,<br><br>   Consolidated Plaintiff,<br><br>v.<br><br>AVEM HEALTH PARTNERS, INC.,<br><br>   Defendant. | Case No. CIV-23-130-SLP<br><br><br><br><br><br>Consolidated with:<br>Case No. CIV-23-134-SLP |

## **O R D E R**

The Court is in receipt of the parties' Notice of Settlement [Doc. No. 48], which represents the parties have reached a settlement in principle, and the parties are in the process of preparing a proposed settlement agreement and a motion for preliminary settlement approval. The parties further represent they expect to file the motion for preliminary settlement approval within sixty (60) days and request an order setting a deadline for the motion and staying all other deadlines in this case. *Id*.

After reviewing the Notice, the Court hereby orders that the motion for preliminary settlement approval in compliance with Fed. R. Civ. P. 23(e) shall be filed on or before August 7, 2023. All other deadlines in the case are hereby stricken.

2

IT IS SO ORDERED this 12th day of June, 2023.

                                                                                                             SCOTT L. PALK  
                                                                                                             UNITED STATES DISTRICT JUDGE