## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAMUEL BINGAMAN, WILLIAM SWIGERT, SHANE WILSON, and MARIA RUSCKIEWICZ, individually and on behalf of all similarly situated persons,<br><br>　　　　Plaintiffs,<br><br>And<br><br>ROSALIE DUPUS, individually and on behalf of all similarly situated persons,<br><br>　　　　Consolidated Plaintiff,<br><br>v.<br><br>AVEM HEALTH PARTNERS, INC.,<br><br>　　　　Defendant. | Case No. CIV-23-130-SLP<br><br>Consolidated with:<br>Case No. CIV-23-134-SLP |

### **O R D E R**

Before the Court is the parties' Joint Motion for Extension of Time [Doc. No. 50], which seeks to extend the deadline for the parties to file a motion for preliminary settlement approval from August 7, 2023 to August 18, 2023. Upon review, the Motion is GRANTED. The Court hereby orders that the motion for preliminary settlement approval in compliance with Fed. R. Civ. P. 23(e) shall be filed on or before August 18, 2023.

IT IS SO ORDERED this 7th day of August, 2023.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE