IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAMUEL BINGAMAN, WILLIAM SWIGERT, SHANE WILSON, and MARIA RUSKIEWICZ, individually and on behalf of all similarly situated persons, | Case No. CIV-23-130-SLP<br><br>Consolidated with:<br>Case No. CIV-23-134-SLP |
| Plaintiffs, | |
| and | Magistrate Judge Suzanne Mitchell |
| ROSALIE DUPUS, individually and on behalf of all similarly situated persons, | |
| Consolidated Plaintiff, | |
| v. | |
| AVEM HEALTH PARTNERS, INC., | |
| Defendant. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Samuel Bingaman, William Swigert, Shane Wilson, Maria Ruskiewicz, and Rosalie Dupus, individually and on behalf of the Settlement Class (collectively, "Plaintiffs") move this Court pursuant to Federal Rule of Civil Procedure 23, for an Order: (i) granting final approval of the proposed Settlement; (ii) certifying a class for purposes of Settlement; and (iii) entering Judgment and dismissing all claims.

This Motion is based on (i) the Memorandum of Law in Support Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, filed concurrently herewith; (ii) the Declaration of William B. Federman in Support of Plaintiffs' Unopposed

1

Motion for Final Approval of Class Action Settlement (and its exhibits), filed concurrently herewith; (iii) all prior pleadings and proceedings had herein; (iv) arguments of counsel; and (v) any other matters properly before the Court.

For the reasons described in Plaintiffs' Memorandum of Law in support of this Motion, Plaintiffs respectfully request that this Court grant the Motion and enter the proposed Order and proposed Judgment.

Dated: April 25, 2024                                 Respectfully submitted,

*/s/: William B. Federman*
William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ William B. Federman*
William B. Federman